# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
)
**Virginia Reyes** )
)
) Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    **July 15, 2019**                    **/s/ Virginia Reyes**
                                               Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

Virginia Reyes

Allen Chern
79 West Monroe St, 5th Floor
Chicago, IL 60630

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

BMW Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016

Chase Auto Finance
PO Box 901076
Fort Worth, TX 76101-2017

Chex Systems Collection Agency
12005 Ford Road Suite 600
Dallas, TX 75234

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank/Exxon Mobile
Citibank Corp/Centralized Bankruptcy
Po Box 790034
Saint Louis, MO 63179

Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-4047

Comenity - Victorias Secret
P.O. 659728
San Antonio, TX 78265-9728

Comenity Bkl/Ulta
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenity Capital Bank/HSN
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Department of Education/Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501

```
Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Equifax
P.O. Box 740241
Atlanta, GA 30374

Experian
Attn: Bankruptcy Dept.
475 Anton Blvd
Costa Mesa, CA 92626

Franchise Tax Board
State of California
PO Box 942867
Sacramento, CA 94267

IRS- Internal Revenue Service -CIO
Post Office Box 7346
Philadelphia, PA 19101

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Midland Credit Management, Inc.
P.O. Box 301030
Los Angeles, CA 90030-1030

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd St #300
Evansville, IN 47708

Syncb/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/hhgreg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

SYNCB/TJX
P.O. Box 965005
Orlando, FL 32896-5005

Synchrony Bank/ Old Navy
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896
```

```
Synchrony Bank/Lowes
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, MN 55440

Trans Union
P.O. Box 1000
Chester, PA 19022
```