Total Pages: 3

CHERYL A. SKIGIN, SB # 73472
SISSAC LEGAL GROUP P.C.
8502 E CHAPMAN AVE #424
ORANGE, CA 92869
TELEPHONE: (888) 220-0919
FACSIMILE: (214) 602-5642
CHERYL@CREDITOR-RIGHTS.COM

ATTORNEY FOR MOVANT
FINANCIAL SERVICES VEHICLE TRUST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| IN RE:<br><br>Virginia Reyes<br><br><br><br><br><br><br>Debtor.<br>_____ / | Case No 19-12997<br>(Chapter 7 Proceeding)<br><br>DCN: CAS-001<br><br>**DECLARATION IN SUPPORT OF FINANCIAL SERVICES VEHICLE TRUST'S MOTION FOR RELIEF FROM STAY RE: 2017 BMW 5 Series 530i Sedan 4D**<br><br>Date: September 11, 2019<br>Time: 9:30 A.M.<br>Location: 2500 Tulare Street, Fifth Floor,<br>Courtroom 13,<br>Fresno, CA 93721<br>Judge: Rene Lastreto II |

//

//

//

//

//

//

Declaration in Support Of Financial Services Vehicle Trust's Motion for Relief from Stay

1

I, __GREG ESSMAN__ declare as follows:

1. I am a Bankruptcy Specialist employed by BMW Financial Services NA, LLC service provider for Financial Services Vehicle Trust ("Movant"). During the course of my employment, my duties include, but are not limited to, monitoring accounts for lapses in payment, lapses in insurance coverage, and handling respective customers' problems with their account.

2. I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in this Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct. If called upon as a witness, I could, and would, competently testify to the facts contained herein.

3. I am informed and believe, and thereon allege that Debtor Virginia Reyes executed a written Lease Agreement for the lease of a 2017 BMW 5 Series 530i Sedan 4D (V.I.N. WBAJA5C30HG897227) ("Collateral"). True and correct copies of the Lease Agreement and Title for the Collateral are included as **Exhibits A** and **B** filed in conjunction with this motion and are incorporated herein by reference. The aforementioned agreement was duly assigned to Movant during the normal course of business on or about September 16, 2017.

4. Debtor's last payment to Movant was made on **July 12, 2019**. As of the date of this Declaration, Debtor's account is past due and the Movant is owed, **1.355** prepetition payment(s) at **$1,101.11** per month for a total prepetition arrearage amount of **$1,492.05**. Furthermore, Debtor has failed to make post petition payments for **1.000** month(s) at the contractual rate of **$1,101.11** per month for a total post-petition arrearage amount of **$1,101.11**. Debtor will owe an additional sum of **$1,101.11** on **August 16, 2019**, and on the **16th** of each and every month thereafter through September 16, 2020. See **Exhibit A and D** filed in conjunction with this motion and incorporated herein by reference.

5. Additionally, Debtor has no equity in the Collateral. The total amount of the debt is

Declaration in Support Of Financial Services Vehicle Trust's Motion for Relief from Stay

2

$48,509.88. The value of the Collateral is $35,778.00. See **Exhibit C**. Movant, in the normal course of business, uses Kelly Blue Book to assess the value of Collateral for similar year, make, model, and general features. Kelly Blue Book is used industry wide in the normal course of business as a resource to assess value. Movant followed proper processes using data similar to the Collateral while generating the report attached as **Exhibit C**.

    6.    The value of the Collateral is depreciating and continues to depreciate while no payments are being made.

    7.    Movant's interest, therefore, is not adequately protected and Movant requests relief from stay

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **30TH** day of **JULY**, 2019, in **HILLIARD, OH**.

BMW FINANCIAL SERVICES NA, LLC SERVICE PROVIDER FOR FINANCIAL SERVICES VEHICLE TRUST

BY: **GREG ESSMAN**
ITS: BANKRUPTCY SPECIALIST

Declaration in Support Of Financial Services Vehicle Trust's Motion for Relief from Stay

3